# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LENSEY SCOTT**                                                                    **PLAINTIFF**

**V.**                  **CASE NO. 4:21-CV-00670-BSM**

**CONWAY REGIONAL**
**MEDICAL CENTER,** *ET AL.*                                       **DEFENDANTS**

## STATUS REPORT

Comes now the parties, by and through their respective attorneys, and for their status report, state:

1. On November 19, 2021, this Court entered an Order staying this case pending completion of the arbitration proceedings.

2. The arbitration proceedings have not been completed at this time and the parties request that this matter not be dismissed.

                                             Respectfully Submitted,

                                             Dylan Botteicher, Ark. Bar No. 2017170
                                             Cox, Sterling, Vandiver & Botteicher, PLLC
                                             8201 Cantrell Road, Suite 230
                                             Little Rock, AR 72227
                                             (501) 954-8073 phone

                                             Cynthia W. Kolb (#2000156)
                                             Cross, Gunter, Witherspoon & Galchus, P.C.
                                             500 President Clinton Ave., Suite 200
                                             Little Rock, AR 72201
                                             Telephone: (501) 371-9999

                                             Gabriel D. Mallard (2005130)
                                             Mallard Gardner, PLLC
                                             1422 Scott Street
                                             Little Rock, AR 72202
                                             T: 501-850-8501