IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LENSEY SCOTT**                                                                                           **PLAINTIFF**

**v.**                            **CASE NO. 4:21-CV-00670-BSM**

**CONWAY REGIONAL**
**MEDICAL CENTER,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE